**UNITED EMPLOYEES LAW GROUP, P.C.**
Walter L. Haines, Esq. SBN 71075
Thomas K. Emmitt SBN 207504
65 Pine Ave., Ste. 312
Long Beach, CA 90802
Tel.:  (562) 256-1047
Fax.:  (562) 256-1006

Attorneys for plaintiff,
Tomm Dukeman

FILED
2007 APR 11  PM 12: 29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMM DUKEMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WATSON WYATT & CMPANY,<br><br>    Defendants. | Case #: 07 CV 0357 BEN LSP<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT JOHN J. HALEY |

The Court having received Plaintiff's request for dismissal of individual Defendant John J. Haley, and having received no opposition to said request for dismissal, the Court orders as follows:

DEFENDANT JOHN J. HALEY is **DISMISSED WITH PREJUDICE** from this action

Dated 4/11, 2007

_____
HONORABLE ROGER T. BENITEZ
District Court Judge

- 1 -